**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 180 WAL 2023

           Respondent             :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                         :

                                     :

DEREK LEE,                            :

           Petitioner               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 16th day of February, 2024, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

(1)     Is [Petitioner's] mandatory sentence of life imprisonment with no possibility of parole unconstitutional under Article I, § 13 of the Constitution of Pennsylvania where he was convicted of second-degree murder in which he did not kill or intend to kill and therefore had categorically-diminished culpability, and where Article I, § 13 should provide better protections in those circumstances than the Eighth Amendment to the U.S. Constitution?

(2)     Is [Petitioner's] mandatory sentence of life imprisonment with no possibility of parole unconstitutional under the Eighth Amendment to the U.S. Constitution where he was convicted of second-degree murder in which he did not kill or intend to kill and therefore had categorically-diminished culpability under the Eighth Amendment?

The Applications for Leave to File *Amicus* Briefs in support of Petition for Allowance of Appeal filed by Scholars of Eighth Amendment Law; The Boston University Center for Antiracist Research, Fair and Just Prosecution, and FAMM; Former Department of Corrections Secretaries John Wetzel and George Little; and Roderick and Solange MacArthur Justice Center and American Civil Liberties Union are **GRANTED**.